O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )   SA 08-627M
                                 )
      v.                         )   ORDER OF DETENTION AFTER HEARING
                                 )   (18 U.S.C. § 3142(i))
DANIEL MONTES-HERNANDEZ,         )
                                 )
            Defendant.           )
_____)

I.

A.  (  ) On motion of the Government involving an alleged

    1. (  ) crime of violence;

    2. (  ) offense with maximum sentence of life imprisonment or death;

    3. (  ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. (  ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion (  ) (by the Government) / (  ) (by the Court sua sponte involving)

    1. ( X )  serious risk defendant will flee;

    2. (  ) serious risk defendant will

       a. (  ) obstruct or attempt to obstruct justice;

       b. (  ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )   appearance of defendant as required; and/or

B. (  ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. (x) the weight of evidence against the defendant;

C. (x) the history and characteristics of the defendant;

D. (  ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. (  ) Defendant poses a risk to the safety of other persons or the community because:

B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented.  He has no ties to the community and no bail resources.**

C. (  ) A serious risk exists that defendant will:

    1. (  )   obstruct or attempt to obstruct justice;

    2. (  )   threaten, injure or intimidate a witness/ juror; because:

D. (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///
///
///
///

1  IT IS ORDERED that defendant be detained prior to trial.

2  IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

7  Dated: October 29, 2008

_____
Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)  - 3 -  Page 3 of 3